IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

STRANGE'S CUSTOM AUTO, INC., )
on behalf of itself and all others similarly )
situated in Tennessee, )
)
)
Plaintiffs, )
)
)
vs. )
) Case No.: 2:10-cv-00185
CORNERSTONE AUTO PARTS, LLC, )
and AUTO PARTS, INDUSTRIAL, LTD )
)
)
Defendants. )
)
)

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

**NOW INTO COURT** comes the Plaintiff, Strange's Custom Auto, Inc., through counsel and files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in support would further show:

### DISMISSAL OF ALL CLAIMS AGAINST ALL PARTIES

1. This suit was filed on June 28, 2010 in the Circuit Court for Cocke County, Tennessee. Defendant, Cornerstone Auto Parts, LLC removed to this Court on August 27, 2010.

2. Plaintiff does not does not concede that this action was properly removed, but Plaintiff has not filed a motion to remand.

3. Defendants have not served an answer or motion for summary judgment.

4. Plaintiff hereby voluntarily dismisses this action against all parties, without

prejudice to refiling, pursuant to Federal Rule 41(a)(1)(A)(I).

5. Voluntary dismissal of this matter, without prejudice, is proper under Federal Rule 23(e) because no class has been certified.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Strange's Custom Auto, Inc., hereby gives this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice to refiling of same.

Respectfully submitted, this 8 September 2010.

/s/ W. Allen McDonald
W. Allen McDonald
Gordon Ball
Ball & Scott
550 W. Main Ave., Suite 601
Knoxville, TN 37902
(865) 525-7028

### CERTIFICATE OF SERVICE

I, W. Allen McDonald, do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. In addition, a copy of the foregoing was sent via First Class US Mail to the following:

Howard B. Iwrey
Dante A. Stella
DYKEMA GOSSETT, PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 43804

This 8 September 2010.

/s/ W. Allen McDonald
W. Allen McDonald